AMERICAN WET WASH LAUNDRY CO., Appellant, v. COOPERMAN, Respondent. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by the American Wet Wash Laundry Company against Harry Cooperman. H. M. Marks, of New York City, for appellant. J. L. Bernstein, of New

York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.